UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2023
```

Caroline Williams,

                              Plaintiff,

        -against-

The Stop & Shop Supermarket LLC,

                              Defendant.

1:23-cv-04672 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's request for leave to file a late demand for a jury trial in this action is GRANTED

without opposition. (Pl.'s 9/15/23 Ltr. Mot., ECF No. 13; Def.'s 10/3/23 Ltr. Mot., ECF No. 14.) The

Clerk of Court is respectfully requested to terminate the gavels at ECF No. 13 and ECF No. 14, and

to note on the ECF docket that a jury has been demanded by Plaintiff.

**SO ORDERED.**

Dated:        New York, New York
              October 3, 2023

                              _____
                              STEWART D. AARON
                              United States Magistrate Judge