UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caroline Williams,

       Plaintiff,

-against-

The Stop & Shop Supermarket Company LLC,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024

1:23-cv-04672 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  No later than March 8, 2024, the parties shall file a joint status report apprising the Court on the status of this case.

**SO ORDERED.**

Dated:  New York, New York
     February 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge